UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BOSTON BLACKIES - 164 EAST GRAND | § | Case No. 09-44658 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK  OF THE COURT
                    219 s. DEARBORN STREET
                    CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/27/2012 in Courtroom 682,
                    United States Courthouse
                    219 S. Dearborn Street
                    Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/16/2012                    By: Clerk of Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOSTON BLACKIES - 164 EAST GRAND § Case No. 09-44658
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 49,566.62 |
| and approved disbursements of | $ | 49,566.62 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Illinois Dept of Revenue | $ 3,192.50 | $ 3,192.50 | $ 0.00 | $ 0.00 |
| 14A | RBS Citizens | $ 55,979.14 | $ 55,979.14 | $ 0.00 | $ 0.00 |
| 15 | GECC | $ 6,275,307.03 | $ 6,275,307.03 | $ 46,632.23 | $ 0.00 |
| 21 | Bank of America | $ 23,738.90 | $ 23,738.90 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 5,706.66 | $ 0.00 | $ 0.00 |
| Fees: Office of U.S. Trustee | $ 5,850.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Total to be paid for chapter 7 administrative expenses     $_____0.00

Remaining Balance     $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 189,847.31 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Illinois Dept of Revenue | $ 50,168.22 | $ 0.00 | $ 0.00 |
| 3 | IIllinois Dept of Revenue | $ 5,896.10 | $ 0.00 | $ 0.00 |
| 8 | Illinois Dept of Employment Security | $ 1,812.38 | $ 0.00 | $ 0.00 |
| 9 | Illinois Dept of Employment Security | $ 43.99 | $ 0.00 | $ 0.00 |
| 18 | Internal Revenue Service | $ 131,926.62 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $_____0.00

Remaining Balance     $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,421,457.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Tri Mark Marlinn | $ 11,332.91 | $ 0.00 | $ 0.00 |
| 2B | Illinos Dept of Revenue | $ 1,766.84 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | illinois Dept of Revenue | $ 1,267.10 | $ 0.00 | $ 0.00 |
| 4 | MacCarb | $ 370.63 | $ 0.00 | $ 0.00 |
| 5 | Dino's & Sons | $ 16,709.31 | $ 0.00 | $ 0.00 |
| 6 | Sysco Chicago | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 7 | A New Dairy | $ 4,309.08 | $ 0.00 | $ 0.00 |
| 8A | Illinois Dept of Employment Security | $ 120.00 | $ 0.00 | $ 0.00 |
| 10 | Rally Capital Services | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 11 | Vienna Beef | $ 2,444.69 | $ 0.00 | $ 0.00 |
| 13 | Alpha Baking | $ 8,858.35 | $ 0.00 | $ 0.00 |
| 14 | RBS Citizens | $ 983,962.25 | $ 0.00 | $ 0.00 |
| 16 | Exelon Energy Co | $ 1,261.11 | $ 0.00 | $ 0.00 |
| 17 | Morgan & Bley | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 18A | Internal Revenue Service | $ 32,746.17 | $ 0.00 | $ 0.00 |
| 20 | US Foodservice | $ 4,229.44 | $ 0.00 | $ 0.00 |
| 22 | Toyota Motor Credit | $ 1,351.36 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-44658-JBS
Boston Blackies - 164 East Grand                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen               Page 1 of 4             Date Rcvd: Aug 16, 2012
                               Form ID: pdf006            Total Noticed: 125

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2012.
```
db         +Boston Blackies - 164 East Grand,    801 W. Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768978   +A New Dairy, Inc,    1234 W. Randolph,    Chicago, IL 60607-1604
14768979   +A.C. Upholstery,    8933 Heathwood Cir.,    Niles, IL 60714-5809
14768983   +ALSCO,    2641 S. Leavitt,    Chicago, IL 60608-5215
15170092    AT&T Wireless Services Inc,    Bankruptcy Department,    PO Box 309,    Portland OR 97207-0309
14768980   +Adrian Sanchez,    4049 N Richmond,    Chicago, IL 60618-2611
14768981   +Alejandro Mondragon,    4049 N Richmond, Apt #2,    Chicago, IL 60618-2611
15170083   +Alpha Baking,    4545 Lyndale,    Chicago, IL 60639-3492
14768982   +Alpha Baking,    5001 W. Polk St,    Chgo, ILL 60644-5249
14768984   +Anderson Pest Control,    501 W. Lake Street,    Suite 204,    Elmhurst, IL 60126-1419
14768985   +Arturo Ramirez,    2650 S Kolin,    Chicago, IL 60623-4352
14768986   +Bank of America,    P.O. Box 15220,    Wilmington, DE 19886-5220
17629548   +Bank of America, N.A.,    P. O. Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
14768988   +Bank of Prairie Du Sac,    PO Box 130,    Prairie Du Sac, WI 53578-0130
14768989   +Boston Blackie’s Management, Inc.,    801 W. Adams St.,    Suite 201,    Chicago, IL 60607-3035
14768990   +Boston Blackies Lake Cook Plaza Inc,    801 West Adams Street,    Suite 201,
             Chicago, IL 60607-3035
14768992   +Boston Blackies Naperville LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768998   +Boston Blackies Properties IV LLC,    164 E Grand Ave,    Chicago, IL 60611-3806
15171052   +Boston Blackies Properties IV, Inc,    801 West Adams Street,    Suite 201,
             Chicago, IL 60607-3035
15170428   +Boston Blackies of Arlington Height,    222 Algonquin Road,    Arlington Heights, IL 60005-4662
14768993   +Boston Blackies of Arlington Hts,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15170630   +Boston Blackies of Lake cook Plaza,    405 Lake Cook road,    Deerfield, IL 60015-4991
14768994   +Boston Blackies of Lincoln Park LLC,    1962 N Halsted,    Chicago, IL 60614-5009
14768995   +Boston Blackies of Riverside Plaza,    801 West Adams Street,    Suite 201,
             Chicago, IL 60607-3035
15170631   +Boston Blackies of Riverside Plaza,    120 S Riverside Plaza,    Floor 1,    Chicago, IL 60606-3947
14768996   +Boston Blackies of Skokie, Inc.,    9525 Skokie Blvd.,    Skokie, IL 60077-1314
14768997   +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15171051   +Boston blackies Properties III, Inc,    801 West Adams Street,    Suite 201,
             Chicago, IL 60607-3035
15170629   +Boston blackies of Naperville, LLC.,    916 S Route 59,    Naperville, IL 60540-0933
15170637    Boston blackies of Skokie, Inc,    9225 Skokie Boulevard,    Skokie, IL 60077
14768999   +Branislav Bojic,    5920 N Clark #410,    Chicago, IL 60660-3259
14769000   +Bryan Hernandez,    4425 N Kimbell Ave,    Chicago, IL 60625-5471
14769001   +Cerafin Gaozalez,    4609 S Spaulding Ave,    Chicago, IL 60632-2911
14769002    Champion Energy,    PO Box 3115,    Houston, TX 77253-3115
15171053   +Champion Energy LLC,    Attention Bankruptcy Department,    13831 NW Freeway Suite 250,
             Houston, TX 77040-5205
14769003   +Chris Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14769004   +Chris Maskaleris,    103 Harvard Court,    Glenview, IL 60026-5918
14769005   +Chris Quintero,    5022 N Ridgeway,    Chicago, IL 60625-6022
14769006    Dalmatian Fire Equipment,    531 Monroe Street,    Dolton, IL 60419-1134
14769007   +Daniel Sanchez,    4720 N Sawyer #2,    Chicago, IL 60625-4417
14769008    Diaman Services,    PO Box 597503,    Chicago, IL 60659-7503
14769009   +Diana Raak,    6 W 20th St,    Lombard, IL 60148-6189
14769010   +Dino’s & Sons,    6059 N. Hermitage St.,    Chicago, IL 60660-2303
14769011   +Dixon Cifuentes,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14769012   +Donick Holdings, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14769013   +Donna Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15173673   +Donna Giannis,    6424 North Tower Court,    Lincolnwood, IL 60712-4208
14769014   +Donna. Giannis,    801 W. Adams St.,    Suite 201,    Chicago, IL 60607-3035
14769015   +Empire Cooler,    940 W. Chicago Ave.,    Chicago, IL 60642-5494
14769016   +Empire Cooler Service, Inc.,    940 W. Chicago Avenue,    Chicago, IL 60642-5494
14769017   +Ester Rivas,    535 N Michigan Ave,    Chicago, IL 60611-3814
14769018   +Ethel Ioakimidis,    260 E Chestnut St #2014,    Chicago, IL 60611-2457
15173676    Exelon Energy,    21425 Network Place,    Chicago, IL 60673-1214
14769019   +Exelon Energy Company,    c/o Lynn R. Zack,    2301 Market Street S23-1,
             Philadelphia, PA 19103-1338
14769020   +Faviola Meza,    330 N Jefferson,    Chicago, IL 60661-1105
14769021    Francisco Gonzalez,    6806 W Wolcott #2A,    Chicago, IL 60626
14769022   +GE Capital Corp.,    8377 E. Hartford Drive,    Suite 200,    Scottsdale, AZ 85255-5687
14769023   +GE Capital Corp.,    c/o R. Peterson, Jenner & Block,    330 N Wabash Ave, 38th Flr,
             Chicago, IL 60611-3586
15160085   +General Electric Capital Corporation,    Attn: Collateral Management,
             8377 East Hartford Drive, Suite 200,    Scottsdale, AZ 85255-5687
14769024   +Gricelda Perez,    6812 N Greenview, Apt Basement,    Chicago, IL 60626-5710
14769025   +Gus Maskaleris,    103 Harvard Ct,    Glenview, IL 60026-5918
14769026   +Helen Kobrin,    67 W Chestnut, Apt 3A,    Chicago, IL 60610-3300
14769027   +Henry J’s Easy Pak,    4460 W. Armitage Ave.,    Chicago, IL 60639-3574
14769028   +Home Depot Credit Services,    c/o Blatt Hasenbiller Leibsker,    125 S Wacker Dr, Ste 400,
             Chicago, IL 60606-4440
14769029   +IL Dept. of Employment Security,    33 S. State Street,    Chicago, IL 60603-2808
```

```
District/off: 0752-1           User: rgreen                Page 2 of 4                   Date Rcvd: Aug 16, 2012
                               Form ID: pdf006             Total Noticed: 125

14769030       ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
                 (address filed with court:  Illinois Department of Revenue,    101 W Jefferson St,
                  Springfield, IL 62702)
14914958       +Illinois Department of Employment Security,     33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14815710        Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Level 7-425,
                 Chicago, Illinois 60601
14769032       +Jake Melle,    2650 S Kolin Ave,    Chicago, IL 60623-4352
14769033       +Jason Putterlik,    2453 First Ave,    River Grove, IL 60171-1782
14769034       +Jeffrey Lucas,    2545 W Homer,    Chicago, IL 60647-4309
14769035       +Jonathan Lambros,    5308 W Agatite,    Chicago, IL 60630-3706
14769036       +Kimberly Delgado,    10632 Ave J,    Chicago, IL 60617-6729
14769037       +Lippert, Inc,    600 W. 172nd Street,    South Holland, IL 60473-2786
14769038       +Lourdes Celedon,    2743 W 55th St,    Chicago, IL 60632-2251
14769039       +Luis Abad,    3747 W 63rd St,    Chicago, IL 60629-4022
15173680       +Lux Secuirty Systems Inc,    3611 N. Nottingham Ave,    Chicago, IL 60634-2243
14769040        Lux Security Systems,Inc.,    3611 N. Nottingham Ave,    Chicago, IL 60634-2243
14769041       +MacCarb,    4616 W. Main St.,    West Dundee, IL 60118-9414
14769042        Maria Cervantes,    6084 N Wolcott,    Chicago, IL 60660
14769043       +Maria Guevara,    3553 S Marshfield Ave,    Chicago, IL 60609-1324
14769044       +Marsha Freese,    3748 W Irving Park Rd,    Chicago, IL 60618-3119
14769045       +Martha Perez,    1636 W Pratt,    Chicago, IL 60626-4183
14769046       +Melchor Medina,    3509 W 60th Street,    Chicago, IL 60629-3632
15169294       +Morgan & Bley, Ltd.,    900 West Jackson Blvd.,    Suite 4 East,    Chicago, Illinois 60607-3745
14769050       +NSN Employer Services,    PO Box 617665,    Chicago, IL 60661-7665
15173682       +Nick Giannis,    6424 North Tower Court,    Lincolnwood, IL 60712-4208
14769047       +Nick Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14769048       +Nihal Gunden,    5005 Enfield Ave,    Skokie, IL 60077-1871
14769049       +Nordic Energy,    625 Plainfield Road,    Suite 226,    Willowbrook, IL 60527-5368
15173683       +Nordic Energy,    625 Planfield road,    Suite 226,    Willowbrook, IL 60527-5368
14769051        Pastor Perez,    6812 W Greenview,    Chicago, IL 60626
15173685       +People's Gas Light Coke Company,    130 East Randolph Drive,    Chicago, IL 60601-6207
14769052       +Peter Pan Restaurant Management and,    Consultants, Inc.,    612 N. Wells Street,
                 Chicago, IL 60654-3715
14769053       +Phillip Surowiak,    1040 N Honore,    Chicago, IL 60622-3717
14769057       +RBS Citizens, NA d/b/a Charter One,    c/o Riemer & Braunstein, LLP,    71 S. Wacker Dr., Ste. 3515,
                 Chicago, IL 60606-4610
14769054       +Radiant Systems,    PO Box 198755,    Atlanta, GA 30384-8755
14769055       +Rally Capital Services, LLC.,    350 N. LaSalle Street,    Suite 1100,    Chicago, IL 60654-5131
14769056       +Raquel Cecelio,    3841 S Wolcott,    Chicago, IL 60609-2013
14769058       +Roberto Perez,    6000 N Winthrop,    Chicago, IL 60660-2699
14769059        Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-2971
14769060       +Sta-Klenn ,Inc.,    803 W Estes Ave,    Schaumburg, IL 60193-4477
14769061       +Stewarts Private Blend Foods,Inc.,    4110 Wrightwood Ave,    Chicago, IL 60639-2172
14769062       +Sysco Chicago Inc.,    c/o McMahan & Sigunick Ltd.,    412 S. Wells St, 6th Flr,
                 Chicago, IL 60607-3972
14769066       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Financial Services,    PO Box 5855,
                  Carol Stream, IL 60197-5855)
14769063       +Total Management Systems, Inc.,    900 W. Fullerton Avenue,    Addison, IL 60101-3306
14769065       +Toyota Finance Svc.,    P.O. Box 5855,    Carol Stream, IL 60197-5855
17648349        Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14769067       +Tri Mark Marlinn,    6100 W 73rd St,    Suite 1,    Bedford Park, IL 60638-6107
17530602       +U.S. Foodservice, Inc.,    c/o Saul Ewing LLP,    1500 Market Street, 38th Floor,
                 Philadelphia, PA 19102-2128,    Attn: J. Hampton/M. Rand
14769068       +US Food,    PO Box 98045,    Chicago, IL 60693-8045
14769069        Versa,    320 W Gerri Lane,    Addison, IL 60101-5012
14769070       +Veterans Linen Supply Co., Inc.,    627 S 89th St,    Milwaukee, WI 53214-1399
15173698       +Vienna Beef,    2501 Damen Ave,    Chicago, IL 60647-2101
14769071       +Vienna Beef LTD,    2501 N. Damen Ave,    Chicago, IL 60647-2101,    c/o Kevin Anderson
14769072       +Walter J. Jr. Inc.,    2441 E. Seminary Ave,    Des Plaines, IL 60016-4843
14769073        Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
15173700       +Waste Management,    Attention Dennis Wilt,    720 E. Butterfield rd., 4th Floor,
                 Lombard, IL 60148-5689
14769075        White Way Sign,    39512 Treasury,    Chicago, IL 60694-9500
15173702       +Windy City Distribution company,    30W315 Calumet Avenue,    Warrenville, IL 60555-1565
14769076        Wirtz Beverage Illinois,    PO Box 809180,    Chicago, IL 60680-9180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15171104       +E-mail/Text: legalcollections@comed.com Aug 17 2012 01:57:56      ComEd Company,
                 Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
15171063       +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Aug 17 2012 02:04:11      Comcast,
                 1255 West North Avenue,    Chicago, IL 60642-1562
14769031        E-mail/Text: cio.bncmail@irs.gov Aug 17 2012 01:53:12      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
16454319       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 17 2012 02:03:00      Office of the U.S. Trustee,
                 219 S. Dearborn 8th Floor,    Chicago, Illinois 60604-2027
                                                                                               TOTAL: 4
```

```
District/off: 0752-1          User: rgreen                 Page 3 of 4         Date Rcvd: Aug 16, 2012
                              Form ID: pdf006              Total Noticed: 125


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15171050*    +Boston Blackies Properties IV LLC,    164 E. Grand Ave,   Chicago, IL 60611-3806
15173674*    +Donna giannis,    801 W. Adams St.,   Suite 201,   Chicago, IL 60607-3035
15173675*    +Empire Cooler,   940 W Chicago Ave,   Chicago, IL 60642-5494
15173677*    +Henry J's Easy Pak,   4460 W. Armitage Ave,   Chicago, IL 60639-3574
15173678*    +Home Depot Credit Services,   c/o blatt Hasenbiller Leibsker,   125 S Wacker Dr, Ste 400,
               Chicago, IL 60606-4440
14915370*    +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
15173679*    +Lippert, Inc,   600 W. 172nd Street,   South Holland, IL 60473-2786
15173681*    +MacCarb,    4616 W. Main St,   West Dundee, IL 60118-9414
15173684*    +NSN Employer Services,    POB 617665,   Chicago, IL 60661-7665
15173688*    +RBS Citizens, NA d/b/a Charter One,   c/o Riemer & Braunstein, LLP,   71 S. Wacker Dr., Ste 3515,
               Chicago, IL 60606-4610
15173686*    +Radiant Systems,    POB 198755,   Atlanta, GA 30384-8755
15173687*    +Rally Capital Services, LLC,   350 N. Lasalle Street,   Suite 1100,   Chicago, IL 60654-5131
15173689*     Southern Wine & Spirits,   2971 Paysphere Circle,   Chicago, IL 60674-2971
15173690*    +Sta-Klenn, Inc.,   803 W Estes Ave,   Schaumburg, IL 60193-4477
15173691*    +Stewarts Private Blend Foods, Inc.,   4110 Wrightwood Ave,   Chicago, IL 60639-2172
15173692*    +Sysco Chicago Inc.,   c/o McMahan & Sigunick Ltd,   412 S. Wells St, 6th Flr,
               Chicago, IL 60607-3972
15173693*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   POB 5855,   Carol Stream, IL 60197-5855)
15108080*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,   5005 North River Blvd., N.E.,
              Cedar Rapids, IA 52411-6634)
14769064*     Total Management Systems,Inc.,   900 W Fullerton Ave,   Addison, IL 60101-3306
15173694*    +Tri Mark Marlinn,   6100 W 73rd St,   Suite 1,   Bedford Park, IL 60638-6107
15173695*    +US Food,   POB 98045,   Chicago, IL 60693-8045
15173696*     Versa,   320 W Gerri Lane,   Addison, IL 60101-5012
15173697*    +Veterans Linen Supply Co., Inc.,   627 S 89th St,   Milwaukee, WI 53214-1399
15173699*    +Walter j. Jr. Inc.,   2441 E. Seminary Ave,   Des Plaines, IL 60016-4843
14769074*    +Waste Management,    PO Box 4648,   Carol Stream, IL 60197-4648
15173701*     White Way Sign,   39512 Treasury,   Chicago, IL 60694-9500
15173703*     Wirtz Beverage Illinois,   POB 809180,   Chicago, IL 60680-9180
14768987    ##Bank of America,    P.O. Box 17322,   Baltimore, MD 21297-1322
14768991    ##+Boston Blackies Management, Inc.,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
15171054    ##+Chris Giannis,   6424 North Tower court,   Lincolnwood, IL 60712-4208
                                                                                    TOTALS: 0, * 27, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2012**          **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: rgreen               Page 4 of 4                  Date Rcvd: Aug 16, 2012
                              Form ID: pdf006            Total Noticed: 125
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2012 at the address(es) listed below:

          Beverly A Berneman    on behalf of Debtor   Boston Blackies - 164 East Grand  baberneman@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com

          Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com

          Bruce E de'Medici    on behalf of Creditor   BANK OF AMERICA bdemedici@gmail.com

          Eileen M Sethna    on behalf of Debtor   Boston Blackies - 164 East Grand esethna@chuhak.com, rsaldivar@chuhak.com

          Jeffrey D Ganz    on behalf of Creditor   RBS Citizens, N.A., d/b/a Charter One, successor by merger with Charter One Bank, N.A. jganz@riemerlaw.com, saguado@riemerlaw.com

          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

          Robert R Benjamin    on behalf of Debtor   Boston Blackies - 164 East Grand rrbenjamin@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;aprior@golanchristie.com

          Thomas M Lombardo    on behalf of Creditor   RBS Citizens, N.A., d/b/a Charter One, successor by merger with Charter One Bank, N.A. tlombardo@riemerlaw.com

          TOTAL: 8