# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
BOSTON BLACKIES - 164 EAST                      §      Case No. 09-44658
GRAND                                           §
                                                §
                     Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on             , and it was converted to chapter 7 on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | BANK OF AMERICA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | CREDIT, TOYOTA MOTOR | | | | | |
| 15 | GECC | | | | | |
| 14A | CITIZENS, RBS | | | | | |
| 2 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| OFFICE OF U.S. TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Mondragon | | | | | |
| | A. Ramirez | | | | | |
| | A. Sanchez | | | | | |
| | B. Bojic | | | | | |
| | B. Hernandez | | | | | |
| | C. Gaozalez | | | | | |
| | C. Maskaleris | | | | | |
| | C. Quintero | | | | | |
| | D. Cifuentes | | | | | |
| | D. Raak | | | | | |
| | D. Sanchez | | | | | |
| | E. Loakimidis | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | E. Rivas | | | | | |
| | F. Gonzalez | | | | | |
| | F. MEza | | | | | |
| | G. Maskaleris | | | | | |
| | G. Perez | | | | | |
| | H. Kobrin | | | | | |
| | IRS | | | | | |
| | J. Lambros | | | | | |
| | J. Lucas | | | | | |
| | J. Melle | | | | | |
| | J. Putterlik | | | | | |
| | K. Delgado | | | | | |
| | L. Abad | | | | | |
| | L. Celedon | | | | | |
| | M. Cervantes | | | | | |
| | M. Freese | | | | | |
| | M. Guevara | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M. Medina | | | | | |
| | M. Perez | | | | | |
| | N. Gunden | | | | | |
| | P. Perezz | | | | | |
| | P. Surowiak | | | | | |
| | R. Cecelio | | | | | |
| | R. Perez | | | | | |
| 3 | IILLINOIS DEPT OF REVENUE | | | | | |
| 8 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 9 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 2A | ILLINOIS DEPT OF REVENUE | | | | | |
| 18 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AC Upholstery | | | | | |
| | ALSCO | | | | | |
| | Anderson Pest | | | | | |
| | Bank of America | | | | | |
| | Bank of Prairie DuSac | | | | | |
| | Boston Blacies Property IV, LLC | | | | | |
| | Boston Blackies Management Inc. | | | | | |
| | Champion Energy | | | | | |
| | Dalmation Fire Equipment | | | | | |
| | Diamon Services | | | | | |
| | Donna Giannis | | | | | |
| | Empire Cooler | | | | | |
| | Henry J's Easy Pak | | | | | |
| | Home Depot Credit Services | | | | | |
| | Lippert Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lux Security System | | | | | |
| | NSN Employer Services | | | | | |
| | Nordic Energy | | | | | |
| | Radian Systems | | | | | |
| | Southern Wine & Spirits | | | | | |
| | Sta-Klenn Inc. | | | | | |
| | Stewarts Private Blend Foods | | | | | |
| | Total Management Systems | | | | | |
| | Toyota Financial Services | | | | | |
| | Versa | | | | | |
| | Veterans Linen Supply | | | | | |
| | Walter J Jr. INc. | | | | | |
| | Waste Management | | | | | |
| | White Way Sign | | | | | |
| | Wirtz Beverage | | | | | |
| 13 | BAKING, ALPHA | | | | | |
| 11 | BEEF, VIENNA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CHICAGO, SYSCO | | | | | |
| 14 | CITIZENS, RBS | | | | | |
| 22 | CREDIT, TOYOTA MOTOR | | | | | |
| 7 | DAIRY, A NEW | | | | | |
| 5 | DINO'S & SONS | | | | | |
| 16 | EXELON ENERGY CO | | | | | |
| 20 | FOODSERVICE, US | | | | | |
| 8A | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 3A | ILLINOIS DEPT OF REVENUE | | | | | |
| 2B | ILLINOS DEPT OF REVENUE | | | | | |
| 18A | INTERNAL REVENUE SERVICE | | | | | |
| 4 | MACCARB | | | | | |
| 1 | MARLINN, TRI MARK | | | | | |
| 17 | MORGAN & BLEY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | RALLY CAPITAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-44658 | Judge: JACK B. SCHMETTERER |
| Case Name: | BOSTON BLACKIES - 164 EAST GRAND | |

For Period Ending: 10/02/12

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/12/10 (c) |
| 341(a) Meeting Date: | 12/15/10 |
| Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 7,263.00 | 0.00 | | 29,701.49 | FA |
| 3. ACCOUNTS RECEIVABLE | 1,328.00 | 0.00 | | 0.00 | FA |
| 4. BUSNESS LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 5. 2208 TOYOTA CRUISER | 19,650.00 | 0.00 | | 0.00 | FA |
| 6. 2009 TOYOTA SCION | 13,000.00 | 0.00 | | 0.00 | FA |
| 7. MACHINERY, FIXTURES, AND BUSINESS E | 35,598.00 | 0.00 | | 0.00 | FA |
| 8. INVENTORY | 19,750.00 | 0.00 | | 0.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.70 | Unknown |
| 10. MACHINERY, FIXTURES, AND BUSINESS E | 0.00 | 0.00 | | 15,000.00 | FA |
| 11. inventory | 13,928.00 | 0.00 | | 0.00 | FA |
| 12. Inventory | 5,822.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $116,842.00 | $0.00 | | $44,704.19 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/12          Current Projected Date of Final Report (TFR): 12/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-44658 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSTON BLACKIES - 164 EAST GRAND | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5660  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9137 | | | |
| For Period Ending: | 10/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/05/11 | | Boston Blackies | turnover of chapter 11 funds | 16,669.37 | | | | | 16,669.37 |
| 03/05/11 | 2 | Asset Sales Memo: | BANK ACCOUNTS $16,669.37 | | | | | | 16,669.37 |
| 03/05/11 | | Boston Blackies | turnover of chapter 11 funds | 13,032.12 | | | | | 29,701.49 |
| 03/05/11 | 2 | Asset Sales Memo: | BANK ACCOUNTS $13,032.12 | | | | | | 29,701.49 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.18 | | | | 29,701.67 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.24 | | | | 29,701.91 |
| 05/14/11 | | Suburban Bank & Trust 150 Butterfield Rd Elmhurst IL 60126 | sale of furniture, fixtures & eqpt | 15,000.00 | | | | | 44,701.91 |
| 05/14/11 | 10 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $15,000.00 | | | | | | 44,701.91 |
| 05/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 44,702.22 |
| 06/09/11 | 000101 | General Electric Capital Corp | sale of restaurant equipment | | | 15,000.00 | | | 29,702.22 |
| 06/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 29,702.52 |
| 07/18/11 | | Boston Blackies Riverside | prorata proceeds of operations f | 4,862.43 | | | | | 34,564.95 |
| * 07/18/11 | | Boston Blackies Riverside | | 4,862.43 | | | | | 39,427.38 |
| 07/18/11 | 11 | Asset Sales Memo: | inventory  $4,862.43 | | | | | | 39,427.38 |
| * 07/18/11 | | Boston Blackies Riverside | VOID | -4,862.43 | | | | | 34,564.95 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.26 | | | | 34,565.21 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.30 | | | | 34,565.51 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.28 | | | | 34,565.79 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.29 | | | | 34,566.08 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -44.04 | | 34,522.04 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.28 | | | | 34,522.32 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -42.56 | | 34,479.76 |
| 12/28/11 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.26 | | | | 34,480.02 |
| 12/28/11 | | Transfer to Acct #*******6135 | Final Posting Transfer | | | | | -34,480.02 | 0.00 |

FORM 2                                                                          Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| Case No: | 09-44658 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSTON BLACKIES - 164 EAST GRAND | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5660  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9137 | | |
| For Period Ending: | 10/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account   *******5660 | | Balance Forward | 0.00 | | | |
| | 6 | Deposits | 49,563.92 | 1 | Checks | 15,000.00 |
| | 10 | Interest Postings | 2.70 | 2 | Adjustments Out | 86.60 |
| | | | | 1 | Transfers Out | 34,480.02 |
| | | Subtotal | $ 49,566.62 | | | |
| | | | | | Total | $ 49,566.62 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 49,566.62 | | | |

**FORM 2**  Page:   3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-44658 -JS |
| Case Name: | BOSTON BLACKIES - 164 EAST GRAND |
| | |
| Taxpayer ID No: | *******9137 |
| For Period Ending: | 10/02/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6135  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******5660 | Transfer In From MMA Account | | | | | 34,480.02 | 34,480.02 |
| 12/29/11 | 001001 | Illinois Department of Revenue | post-petition taxes | | | 2,847.79 | | | 31,632.23 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 wire to secured creditor | | | 31,632.23 | | | 0.00 |
| | | | Wire Transfer to secured creditor per court order | | | | | | |

| Account  *******6135 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 2  Checks | 34,480.02 |
| 0 | Interest Postings | 0.00 | 0  Adjustments Out | 0.00 |
| | | | 0  Transfers Out | 0.00 |
| | Subtotal | $      0.00 | | |
| | | | Total | $    34,480.02 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 34,480.02 | | |
| | Total | $    34,480.02 | | |

| Report Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 6 | Deposits | 49,563.92 | 3  Checks | 49,480.02 |
| 10 | Interest Postings | 2.70 | 2  Adjustments Out | 86.60 |
| | | | 1  Transfers Out | 34,480.02 |
| | Subtotal | $    49,566.62 | | |
| | | | Total | $    84,046.64 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 34,480.02 | | |
| | Total | $    84,046.64 | Net Total Balance | $       0.00 |

/s/      BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 10/02/12
                           BRENDA PORTER HELMS, TRUSTEE